UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEROUEN, ET AL.

VERSUS

BRAKE PARTS INC., LLC, ET AL.

CIVIL ACTION

21-215-SDD-RLB

## RULING

The Court has carefully considered the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of the Magistrate Judge Richard L. Bourgeois, Jr., dated August 27, 2021, to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand* is hereby GRANTED, and this matter shall be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on September 28, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 31.
[3] Rec. Doc. 33.